O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL KUEBER, an individual, | ) Case No. SACV 13-01127 DDP (JEMx) |
| Plaintiff, | ) |
| v. | ) ORDER OF DISMISSAL |
| BIZDRIVE ASSET MANAGEMENT, INC., a Canadian corporation; et al., | ) |
| Defendants. | ) |
| _____ | ) |

Plaintiff's response that binding Ninth Circuit precedent is "flawed" and "based on a misreading of older cases" is not sufficient to allay this court's jurisdictional concerns. Accordingly, Plaintiff's Complaint is DISMISSED for the reasons discussed in this court's Order to Show Cause (Dkt. 46). Plaintiff's Motion for Summary Judgment (Dkt. 36) is VACATED.

///
///
///

1   In addition, the SCHEDULING CONFERENCE set for February 23,
2   2015 is VACATED.
3
4   IT IS SO ORDERED.
5
6
7   Dated: February 12, 2015
                                          _____
8                                         DEAN D. PREGERSON
                                          United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28